B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ferris, Andrew J** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2687** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**253 East Vine Avenue**<br>**Lake Forest, IL**<br>ZIP Code **60045** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Ferris, Andrew J** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Ferris, Andrew J |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _/s/ Andrew J Ferris_ Signature of Debtor Andrew J Ferris X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| Signature of Attorney* X _/s/ Steven B. Towbin_ Signature of Attorney for Debtor(s) **Steven B. Towbin (#2848546)** Printed Name of Attorney for Debtor(s) **Shaw Gussis et al** Firm Name **321 N. Clark Street Suite 800 Chicago, IL 60654** Address **312-541-0151  Fax: 312-980-3888** Telephone Number _____ Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Signature of Non-Attorney Bankruptcy Petition Preparer I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| Signature of Debtor (Corporation/Partnership) I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Andrew J Ferris**                                              Case No. _____
                                    Debtor(s)                            Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____
Andrew J Ferris

Date: 4/27/09

## United States Bankruptcy Court
### Northern District of Illinois

In re  Andrew J Ferris  
                        Debtor(s)

Case No. _____  
Chapter  7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  81

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: 4-27-09

Andrew J Ferris  
Signature of Debtor

```
Abruzzo Kitchens
1105 Remington Road
Schaumburg, IL 60173


Alarms Unlimited
6501 N. Lincoln Ave
Lincolnwood, IL 60712


Alexander Tree Care
3100 Alleghany Road
Grayslake, IL 60030


Allegiance Community Bank
8001 West 183rd St.
Tinley Park, IL 60477


Alliance Glass  & Metal, Inc.
646 Forestwood Drive
Romeoville, IL 60446


Artistic Flooring & Design, Inc.
150 Bond Street
Elk Grove Villa, IL 60007


Billie MacArthur
245 Vine Ave.
Lake Forest, IL 60045


Builders Lighting
11400 Melrose Ave
Franklin Park, IL 60131


Coleman Floor Co.
1930 N. Thoreau Dr.
Schaumburg, IL 60173


ComEd
Bill Payment Center
Chicago, IL 60668-0001


Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602
```

```
Cook County Treasurer
PO Box 4468
Carol Stream, IL 60197


David M. Smolin
Brandwein & S molin
20 S. Clark Street, Suite 410
Chicago, IL 60603


David M. Smolin
Brandwein &  Smolin
20 S. Clark, Suite 410
Chicago, IL 60603


DC Interactive Group
220 DuPage Street
Elgin, IL 60120


Demi & Cooper Advertising
18 Villa Court
Elgin, IL 60120


Doherty, Giannini & Reitz Inc
304 N. York Road
Bensenville, IL 60106


Du Page County Collector
Post Office Box 4203
Carol Stream, IL 60197-4203


Edward Hines Lumber Co.
2nd Avenue & Main Street
North Chicago, IL 60064


Electrical Contractors, Inc.
1252 Allanson Road
Mundelein, IL 60060


Emerson Place Partnership
150 Harvester Drive
Burr Ridge, IL 60527


Evan & Nancy Chen
28520 Oakhaven Court
Lake Bluff, IL 60044
```

Ewing-Doherty Mechanical, Inc.
304 North York Road
Bensenville, IL 60106


FedEx
Post Office Box 94515
Palatine, IL 60094-4515


Ferris at Emerson Road, LLC
624 Anthony Trail
Northbrook, IL 60062


First American Bank
16450 Louis Ave.
Elk Grove Village, IL 60007


Grand Bend HOA
628 Anthony Trail
Northbrook, IL 60062


Grayhawk Const Co Inc
Post Office Box 296
Libertyville, IL 60048


Gregory A. McCormick
Garfield & Merel, Ltd.
223 West Jackson Bovd. #1010
Chicago, IL 60606


Harris Bank
111 W. Monroe
Chicago, IL 60603


Harris N.A.
Post Office Box 2880
Chicago, IL 60690


Heights Glass & Mirror, Inc.
200 William Street
Bensenville, IL 60106


Home Depot Credit Services
Dept 32-2502383874
The Lakes, NV 88901-6031

```
Ice Mountain Spring Water
Processing Center
Louisville, KY 40285-6680


Idlewood Electric Sply
114 Skokie Valley Road
Highland Park, IL 60035-4495


Illinois Department of Employment S
Bankruptcy Unit
401 S. State St. 3rd Fl.
Chicago, IL 60605


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L-425
Chicago, IL 60602


Illinois Department of Revenue
P.O. Box 19025
Springfield, IL 62794


ILT Vignocchi
25865 West  Ivanhoe Road
Wauconda, IL 60084


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114


Jack Shum
Lakewood Home Building Solutions
2700 W. Higgins Rd., Suite 100
Hoffman Estates, IL 60169


Kevin Walsh Excavating, Inc.
Post Office Box 832
Antioch, IL 60002
```

```
Lake County Collector
18 N. County St. Room 102
Waukegan, IL 60085


Lakeshore Waste Services LLC
4808 West Wilson Avenue
Chicago, IL 60630


Larson Engineering of Illinois
1488 Bond Street
Naperville, IL 60563


Levenfeld Pearlstein, LLC
2 North LaSalle St.
Chicago, IL 60602


Liberty Grove LLC
628 Anthony Trail
Northbrook, IL 60062


Lorusso Cement Contractors Inc
1092 Carolina Drive-Unit
West Chicago, IL 60185


Lundstrom Insurance
645 Tollgate Road
Elgin, IL 60123


Lundstrom Insurance
645 Tollgate Road
Elgin, IL 60121


Margaret Morrison Borcia
Morrison & Morrison
32 N. West Street
Waukegan, IL 60085


Micro Tech Systems, Inc.
3677 Woodhead Drive
Northbrook, IL 60062


Mid-American HVAC Co., Inc.
2402 Spring Ridge Drive
Spring Grove, IL 60081
```

Murray, Jensen & Wilson, Ltd.
101 N. Wacker Drive
Chicago, IL 60606


Nicor Gas
Post Office Box 416
Aurora, IL 60568-0001


North Shore Gas
PO Box A3991
Chicago, IL 60690-3991


Northbrook Bank and Trust Company
100 Waukegan Rd.
Northbrook, IL 60062


Northbrook Bank/Buffalo Grove
200 N. Buffalo Grove Road
Buffalo Grove, IL 60089


Northbrook Blueprint
626 Anthony Trail
Northbrook, IL 60062


Northbrook Hardware
3101 Dundee Road
Northbrook, IL 60062-2490


Partnership Concepts
201 E. Ogden Ave.
Hinsdale, IL 60521


Petro Fediv
1910 Midwest Club
Oak Brook, IL 60523


Plass Appliance & Electronics
Post Office Box 757
Bloomingdale, IL 60108


Prudential Preferred Properties
1600 Orrington Avenue
Evanston, IL 60201

Rose Paving Co.
7300 W 100th Place
Bridgeview, IL 60455


Rostyslaw Sobol
1910 Midwest Club
Oak Brook, IL 60523


SCE Services, Inc.
195 Exchange Blvd.
Glendale Height, IL 60139


Syscon Inc
15 Spinning Wheel Rd
Hinsdale, IL 60521


Syscon, Inc.
15 Spinning Wheel Drive
Hinsdale, IL 60521


The Board of Managers of the Legacy
Club Condo Assoc. c/o Knuckles & As
48 E. Jefferson Street
Naperville, IL 60540


The Courts of Liberty Grove
c/o McMaster Drake, Inc.
6906 Buckby Rd.
Lake Geneva, WI 53147


The Levy Co.
3925 Commercial Ave
Northbrook, IL 60062


US Bank
Il-Chicago Indirect Lendi
St. Louis, MO 63179-0179


Village of Libertyville
200 East Cook Avenue
Libertyville, IL 60048

```
Vingart
C/O CBM
925 N. Milwaukee, Suite 200
Wheeling, IL 60090


Virtuocities Consulting
2550 Crawford Avenue
Evanston, IL 60201


Webster, McGrath & Ahlberg, Ltd
207 S. Naperville Road
Wheaton, IL 60187


West Chicago Custom Countertops
375 Fenton Lane
West Chicago, IL 60185


Wheaton Development Group LLC
624 Anthony Trail
Northbrook, IL 60062
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE:                                                    )  Chapter 7
    Andrew J Ferris                              )  Bankruptcy Case No.
                                                    )
                                                    )
    Debtor(s)                                    )

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

**PART I - DECLARATION OF PETITIONER**     Date: _____

A.    To be completed in all cases.

    I(We) __Andrew J Ferris__ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my(our) attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a) and 105.

B.    To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

    ☐   I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.    To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

    ☐   I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _____/s/ Andrew J Ferris_____        Signature _____
    Andrew J Ferris
    (Debtor or Corporate Officer, Partner or Member)      (Joint Debtor)