B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re  **Andrew J Ferris** _____,   Case No. ____**09-14985**_____

Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,700,000.00 | | |
| B - Personal Property | Yes | 4 | 49,156.85 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,150,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 25,810,540.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 27,080.00 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 1,749,156.85 | | |
| Total Liabilities | | | | 27,960,540.60 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Andrew J Ferris**                                                    ,    Case No.    **09-14985**

Debtor

Chapter    **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re   **Andrew J Ferris**                                    Case No.   **09-14985**
_____
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property  Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Primary residence located at 253 E. Vine, Lake Forest, IL 60045 | Fee simple | H | $1,200,000.00 | $2,150,000.00** |
| Rental property located at 28520 Oakhaven Court, Lake Bluff, IL 60044 | Fee simple | H | $500,000.00 | $2,150,000.00** |
| | | Total: | $1,700,000.00 | |

(Report also on Summary of Schedules)

**The properties listed in Schedule A are both collateral for a $2,150,000 loan from Allegiance Community Bank.

Sheet 1 of 1 total sheets in Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **Andrew J Ferris**                                          ,        Case No.    **09-14985**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wachovia Securities account no. 8100 $1,807.06** | J | 903.53 |
| | | **Wachovia Securities account no. 1842 $13,463.28** | J | 6,734.14 |
| | | **JP Morgan Chase account no. 1730- (1/3 interest)** | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture and furnishings at 253 E. Vine, Lake Forest, IL 60045 $6,175** | J | 3,087.50 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Statue and print located at 253 E. Vine, IL 60045 $725.00** | J | 362.50 |
| 6. Wearing apparel. | | **Necessary clothing for debtor and dependants located at 253 E. Vine, Lake Forest, IL 60045 (Value estimated)** | H | 1,000.00 |
| 7. Furs and jewelry. | | **Stainless Steel Breitling Watch Tiffany Gold Watch located at 253 E. Vine, Lake Forest, IL 60045** | J | Unknown |

|  | Sub-Total > | **12,087.67** |
|---|---|---|
|  | (Total of this page) | |

_**3**_  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Andrew J Ferris**                                        ,    Case No.    **09-14985**
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Browning 12 Gauge Over and Under Shotgun with Damage to Metal and Stock.**<br>**Beretta 20 Gauge Over and Under Silver Pigeon Grade Shotgun**<br>**Beretta 12 Gauge Semi-Automatic Shotgun**<br>**.50 Caliber Muzzle Loading Black Powder Rifle**<br>**.17 Caliber American Rifle**<br>**Nikon D100 Camera**<br>**Nikon N90 35mm Camera**<br>**70-300 Nikon Lens**<br>**12-28 Nikon Lens**<br>**24-120 Nikon Lens**<br>**SB 28 Flash**<br>**located at 253 E. Vine, Lake Forest, IL 60045**<br>**$2,660** | J | 1,130.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy no. 6829317 with Ohio National Financial Services in the amount of $6,000,000** | J | 0.00 |
| | | **Term life insurance policy no. 6759220 with Ohio National Financial Services in the amount of $3,000,000** | J | 0.00 |
| | | **Term life insurance policy no. 6792199 with Ohio National Financial Services in the amount of $3,000,000** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Wachovia Securities account no. 6252**<br>**Andrew Ferris (IRA)**<br>**$4,878.36** | J | 2,439.18 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% stock of A. Ferris & Company**<br>**Wheaton Development Group, LLC - 99% interest (A. Ferris & Co. holds other 1%)**<br>**Ferris at Emerson Road, LLC- 4.38% interest (A. Ferris & Co. holds 1%)** | J | Unknown |

Sub-Total >    **3,569.18**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Andrew J Ferris**                                         ,    Case No. ___**09-14985**___
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Ferris 1994 Special Trust dated 6/29/94  (Spendthrift trust) - Not property of the Debtor's Estate** | **J** | **Unknown** |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Estimated 2008 US tax refund $30,000** | **J** | **15,000.00** |
| | | **Estimated 2008 Illinois tax refund $2,000** | **J** | **1,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >    **16,000.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Andrew J Ferris**                                              ,    Case No.    **09-14985**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Lexus LX470, 115,000 miles, located at 253 E. Vine, Lake Forest, IL 60045** | J | 17,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Note receivable in the amount of $318,000 (estimate) from Wheaton Development Group, LLC** | J | 0.00 |
| | | **Note receivable in the amount of $10,800,000 (estimate) from A. Ferris & Company** | J | 0.00 |

|  | Sub-Total > | 17,500.00 |
|---|---|---|
| | (Total of this page) | |
| | Total > | 49,156.85 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Andrew J Ferris**                                      ,      Case No.    **09-14985**
                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Primary residence located at 253 E. Vine, Lake Forest, Il** | **735 ILCS 5/12-901** | **15,000.00** | **1,200,000.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture and furnishings at 253 E. Vine, Lake Forest, IL 60045 $6,175** | **735 ILCS 5/12-1001(b)** | **3,087.50** | **3,087.50** |
| **Wearing Apparel** | | | |
| **Necessary clothing for debtor and dependants located at 253 E. Vine, Lake Forest, IL 60045 (Value estimated)** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Browning 12 Gauge Over and Under Shotgun with Damage to Metal and Stock. Beretta 20 Gauge Over and Under Silver Pigeon Grade Shotgun Beretta 12 Gauge Semi-Automatic Shotgun .50 Caliber Muzzle Loading Black Powder Rifle .17 Caliber American Rifle Nikon D100 Camera Nikon N90 35mm Camera 70-300 Nikon Lens 12-28 Nikon Lens 24-120 Nikon Lens SB 28 Flash located at 253 E. Vine, Lake Forest, IL 60045 $2,660** | **735 ILCS 5/12-1001(b)** | **912.50** | **1,130.00** |
| **Interests in Insurance Policies** | | | |
| **Term life insurance policy no. 6829317 with Ohio National Financial Services in the amount of $6,000,000** | **735 ILCS 5/12-1001(f)** | **Unknown** | **0.00** |
| **Term life insurance policy no. 6759220 with Ohio National Financial Services in the amount of $3,000,000** | **735 ILCS 5/12-1001(f)** | **Unknown** | **0.00** |
| **Term life insurance policy no. 6792199 with Ohio National Financial Services in the amount of $3,000,000** | **735 ILCS 5/12-1001(f)** | **Unknown** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Wachovia Securities account no. 6252 Andrew Ferris (IRA) $4,878.36** | **735 ILCS 5/12-1006** | **4,878.36** | **2,439.18** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Lexus LX470, 115,000 miles, located at 253 E. Vine, Lake Forest, IL 60045** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **17,500.00** |
| | Total: | 27,278.36 | 1,225,156.68 |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __Andrew J Ferris__                                        Case No. ___09-14985___
_____
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. **11804755**<br><br>**Allegiance Community Bank**<br>**8001 West 183rd St.**<br>**Tinley Park, IL 60477** | | | J | **11/8/07**<br><br>**First Mortgage**<br><br>**Primary residence located at 233 E. Vine, Lake Forest, Il ($1.2 million) and rental property located at 28520 Oakhaven Court, Lake Bluff, IL ($500,000)** | | | | | |
| | | | | VALUE    **$1,700,000.00** | | | | **$2,150,000.00** | **$450,000.00** |
| | | | | Total(s)<br>(Use only on last page) | | | | **$2,150,000.00** | **$450,000.00** |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 1 of 1 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (12/07)

.

In re   **Andrew J Ferris**                                                                    ,   Case No. _____**09-14985**_____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

 A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

 The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

 Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

 Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

 Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

 Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

 Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

 Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

 Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

 Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

 Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

 Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

 Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

          **2**  continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    __Andrew J Ferris_____,    Case No. ___09-14985_____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Dept of Emp. Security Bankruptcy Unit 401 S. State St. 3rd Fl. Chicago, IL 60605** | - | | **Notice purposes only** | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Andrew J Ferris**                     Case No.    **09-14985**

                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice purposes only | | | | | |
| **Illinois Department of Revenue** **100 W. Randolph** **Bankruptcy Section L-425** **Chicago, IL 60602** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice purposes only | | | | | |
| **Internal Revenue Service** **Mail Stop 5010 CHI** **230 S. Dearborn Street** **Chicago, IL 60604** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | Notice purposes only | | | | | |
| **Lake County Collector** **18 N. County St. Room 102** **Waukegan, IL 60085** | - | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet   **2**   of   **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Andrew J Ferris**                                          Case No.    **09-14985**
                                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Abruzzo Kitchens**<br>**1105 Remington Road**<br>**Schaumburg, IL 60173** | | | | | **Creditor of Ferris at Emerson Road, LLC** | | | X | 0.00 |
| Account No.<br><br>**Alarms Unlimited**<br>**6501 N. Lincoln Ave**<br>**Lincolnwood, IL 60712** | | | | | **Creditor of Ferris at Emerson Road, LLC** | | | X | 0.00 |
| Account No.<br><br>**Alexander Tree Care**<br>**3100 Alleghany Road**<br>**Grayslake, IL 60030** | | | | | **Creditor of Wheaton Development Group, LLC** | | | X | 0.00 |
| Account No.<br><br>**Alliance Glass  & Metal, Inc.**<br>**646 Forestwood Drive**<br>**Romeoville, IL 60446** | | | | | **Creditor of Ferris at Emerson Road, LLC** | | | X | 0.00 |

__14__  continuation sheets attached

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:23892-090406   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew J Ferris**                                                    ,    Case No.  **09-14985**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Creditor of The Courts of Liberty Grove, LLC | | | | |
| **Artistic Flooring & Design, Inc. 150 Bond Street Elk Grove Villa, IL 60007** | | | | | | | X | |
| | | | | | | | | **0.00** |
| Account No. | | J | | Plaintiff in prepetition State Court litigation pending in Lake County, Illinois regarding property at 253 E. Vine, Lake Forest, IL 60045 | | | | |
| **Billie MacArthur 245 Vine Ave. Lake Forest, IL 60045** | | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| **Builders Lighting 11400 Melrose Ave Franklin Park, IL 60131** | | | | | | | X | |
| | | | | | | | | **0.00** |
| Account No. | | - | | Plaintiff in prepetition State Court litigation pending in Lake County, Illinois regarding property at 253 E. Vine, Lake Forest, IL 60045 | | | | |
| **Christopher & Elizabeth Moore 261 Vine Ave. Lake Forest, IL 60045** | | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| **Coleman Floor Co. 1930 N. Thoreau Dr. Schaumburg, IL 60173** | | | | | | | X | |
| | | | | | | | | **0.00** |

Sheet no. **1** of **14** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **0.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Andrew J Ferris_____,    Case No. ___09-14985_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of The Courts of Liberty Grove, LLC | | | | |
| ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| Cook County Treasurer Law Dep't. 118 North Clark Street Chicago, IL 60602 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| DC Interactive Group 220 DuPage Street Elgin, IL 60120 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| Demi & Cooper Advertising 18 Villa Court Elgin, IL 60120 | | | | | | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. __2___ of __14__ sheets attached to Schedule of    Subtotal    0.00
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrew J Ferris** _____,    Case No. __**09-14985**_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Creditor of The Courts of Liberty Grove, LLC | | | | |
| **Demi & Cooper Advertising** **18 Villa Court** **Elgin, IL 60120** | | | | | | X | 0.00 |
| Account No. | | | Creditor of A. Ferris & Company, Inc. | | | | |
| **Demi & Cooper Advertising** **18 Villa Court** **Elgin, IL 60120** | | | | | | X | 0.00 |
| Account No. | | | Creditor of Wheaton Development Group, LLC | | | | |
| **Doherty, Giannini & Reitz Inc** **304 N. York Road** **Bensenville, IL 60106** | | | | | | X | 0.00 |
| Account No. | | | Creditor of Wheaton Development Group, LLC | | | | |
| **Du Page County Collector** **Post Office Box 4203** **Carol Stream, IL 60197-4203** | | | | | | X | 0.00 |
| Account No. | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| **Edward Hines Lumber Co.** **2nd Avenue & Main Street** **North Chicago, IL 60064** | | | | | | X | 0.00 |

Sheet no. __**3**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Andrew J Ferris**                                              ,        Case No.   **09-14985**
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Electrical Contractors, Inc.** <br> **1252 Allanson Road** <br> **Mundelein, IL 60060** | | | **Creditor of The Courts of Liberty Grove, LLC** | | | X | <br><br><br><br> 0.00 |
| Account No. <br><br> **Emerson Place Partnership** <br> **150 Harvester Drive** <br> **Burr Ridge, IL 60527** | | | **Creditor of Ferris at Emerson Road, LLC** | | | X | <br><br><br><br> 0.00 |
| Account No. <br><br> **Ewing-Doherty Mechanical, Inc.** <br> **304 North York Road** <br> **Bensenville, IL 60106** | | | **Creditor of Ferris at Emerson Road, LLC** | | | X | <br><br><br><br> 0.00 |
| Account No. <br><br> **FedEx** <br> **Post Office Box 94515** <br> **Palatine, IL 60094-4515** | | | **Creditor of A. Ferris & Company, Inc.** | | | X | <br><br><br><br> 0.00 |
| Account No. **455 and 456** <br><br> **First American Bank** <br> **16450 Louis Ave.** <br> **Elk Grove Village, IL 60007** | | H | **Personal guaranty dated 12/13/02 of The Courts of Liberty Grove, LLC loan** | | X | | <br><br><br><br> 1,987,757.60 |

Sheet no. __4___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,987,757.60 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Andrew J Ferris**                                        ,   Case No.   **09-14985**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Creditor of Ferris at Emerson Road LLC | | | | |
| Grand Bend HOA 628 Anthony Trail Northbrook, IL 60062 | | | | | | X | 81,463.00 |
| Account No. | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| Grand Bend HOA 628 Anthony Trail Northbrook, IL 60062 | | | | | | X | 0.00 |
| Account No. | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| Grayhawk Const Co Inc Post Office Box 296 Libertyville, IL 60048 | | | | | | X | 0.00 |
| Account No. 00297625 | | | Personal guaranty dated 11/21/06 of Wheaton Development Group, LLC loan | | | | |
| Harris Bank 111 W. Monroe Chicago, IL 60603 | X | H | | | | X | 7,000,000.00 |
| Account No. | | | Creditor of Wheaton Development Group, LLC | | | | |
| Harris N.A. Post Office Box 2880 Chicago, IL 60690 | | | | | | X | 0.00 |

Sheet no. **5** of **14** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,081,463.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Andrew J Ferris** _____,    Case No.  **09-14985** _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| **Heights Glass & Mirror, Inc.** **200 William Street** **Bensenville, IL 60106** | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| **Home Depot Credit Services** **Dept 32-2502383874** **The Lakes, NV 88901-6031** | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of A. Ferris & Company, Inc. | | | | |
| **Ice Mountain Spring Water** **Processing Center** **Louisville, KY 40285-6680** | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| **Idlewood Electric Sply** **114 Skokie Valley Road** **Highland Park, IL 60035-4495** | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of Wheaton Development Group, LLC | | | | |
| **ILT Vignocchi** **25865 West  Ivanhoe Road** **Wauconda, IL 60084** | | | | | | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Andrew J Ferris**                                              ,    Case No.    **09-14985**
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Receiver for The Courts of Liberty Grove LLC Notice Purposes Only | | | | |
| **Jack Shum Lakewood Home Building Solutions 2700 W. Higgins Rd., Suite 100 Hoffman Estates, IL 60169** | - | | | | | X | **Unknown** |
| Account No. | | | Creditor of The Courts of Liberty Grove, LLC | | | | |
| **Kevin Walsh Excavating, Inc. Post Office Box 832 Antioch, IL 60002** | | | | | | X | **0.00** |
| Account No. | | | Creditor of Wheaton Development Group, LLC | | | | |
| **Kevin Walsh Excavating, Inc. Post Office Box 832 Antioch, IL 60002** | | | | | | X | **0.00** |
| Account No. | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| **Lakeshore Waste Services LLC 4808 West Wilson Avenue Chicago, IL 60630** | | | | | | X | **0.00** |
| Account No. | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| **Larson Engineering of Illinois 1488 Bond Street Naperville, IL 60563** | | | | | | X | **0.00** |

Sheet no. __7___ of __14___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrew J Ferris**                                    , Case No. **09-14985**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Levenfeld Pearlstein, LLC** <br> **2 North LaSalle St.** <br> **Chicago, IL 60602** | | | **Creditor of Ferris at Emerson Road, LLC** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Levenfeld Pearlstein, LLC** <br> **2 North LaSalle St.** <br> **Chicago, IL 60602** | | | **Creditor of The Courts of Liberty Grove, LLC** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Lorusso Cement Contractors Inc** <br> **1092 Carolina Drive-Unit** <br> **West Chicago, IL 60185** | | | **Creditor of Wheaton Development Group, LLC** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Lundstrom Insurance** <br> **645 Tollgate Road** <br> **Elgin, IL 60123** | | | **Creditor of Wheaton Development Group, LLC** | | | X | <br><br><br> 0.00 |
| Account No. <br><br> **Lundstrom Insurance** <br> **645 Tollgate Road** <br> **Elgin, IL 60121** | | | **Creditor of A. Ferris & Company, Inc.** | | | X | <br><br><br> 0.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Andrew J Ferris_____,        Case No. ___09-14985_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Creditor of A. Ferris & Company, Inc. | | | | |
| Micro Tech Systems, Inc. 3677 Woodhead Drive Northbrook, IL 60062 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of A. Ferris & Company, Inc. | | | | |
| Mid-American HVAC Co., Inc. 2402 Spring Ridge Drive Spring Grove, IL 60081 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of A. Ferris & Company, Inc. | | | | |
| Murray, Jensen & Wilson, Ltd. 101 N. Wacker Drive Chicago, IL 60606 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of A. Ferris & Company, Inc. | | | | |
| Nicor Gas Post Office Box 416 Aurora, IL 60568-0001 | | | | | | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | Creditor of The Courts of Liberty Grove, LLC | | | | |
| North Shore Gas PO Box A3991 Chicago, IL 60690-3991 | | | | | | | | X | |
| | | | | | | | | | 0.00 |

Sheet no. __9___ of __14__ sheets attached to Schedule of                    Subtotal                                    0.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Andrew J Ferris**_____,    Case No.____**09-14985**_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **77200000463** <br><br>**Northbrook Bank and Trust Company** <br>**100 Waukegan Rd.** <br>**Northbrook, IL 60062** | X | H | | Personal guaranty dated 8/23/05 of Ferris at Emerson Road, LLC loan | | X | | 13,000,000.00 |
| Account No. <br><br>**Northbrook Bank/Buffalo Grove** <br>**200 N. Buffalo Grove Road** <br>**Buffalo Grove, IL 60089** | | | | Creditor of Ferris at Emerson Road, LLC | | | X | 0.00 |
| Account No. <br><br>**Northbrook Blueprint** <br>**626 Anthony Trail** <br>**Northbrook, IL 60062** | | | | Creditor of Ferris at Emerson Road, LLC | | | X | 0.00 |
| Account No. <br><br>**Northbrook Hardware** <br>**3101 Dundee Road** <br>**Northbrook, IL 60062-2490** | | | | Creditor of A. Ferris & Company, Inc. | | | X | 0.00 |
| Account No. <br><br>**Partnership Concepts** <br>**201 E. Ogden Ave.** <br>**Hinsdale, IL 60521** | X | H | | Personal guarantee of Wheaton Development Group obligation | | X | | 3,735,378.00 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **16,735,378.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Andrew J Ferris_____,    Case No. ___09-14985_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | Creditor of A. Ferris & Company | | | | |
| Petro Fediv 1910 Midwest Club Oak Brook, IL 60523 | | - | | | | | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| Plass Appliance & Electronics Post Office Box 757 Bloomingdale, IL 60108 | | | | | | | | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| Prudential Preferred Properties 1600 Orrington Avenue Evanston, IL 60201 | | | | | | | | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | Creditor of Wheaton Development Group, LLC | | | | |
| Rose Paving Co. 7300 W 100th Place Bridgeview, IL 60455 | | | | | | | | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | Creditor of A. Ferris & Company | | | | |
| Rostyslaw Sobol 1910 Midwest Club Oak Brook, IL 60523 | | - | | | | | | X | |
| | | | | | | | | | **Unknown** |

Sheet no. __11__ of __14__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Andrew J Ferris_____,    Case No. ___09-14985_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SCE Services, Inc.**<br>**195 Exchange Blvd.**<br>**Glendale Height, IL 60139** | | | | **Creditor of Ferris at Emerson Road, LLC** | | | X | **0.00** |
| Account No.<br><br>**Syscon Inc**<br>**15 Spinning Wheel Rd**<br>**Hinsdale, IL 60521** | | | | **Creditor of Ferris at Emerson Road, LLC** | | | X | **0.00** |
| Account No.<br><br>**Syscon, Inc.**<br>**15 Spinning Wheel Drive**<br>**Hinsdale, IL 60521** | | | | **Creditor of A. Ferris & Company, Inc.** | | | X | **0.00** |
| Account No.<br><br>**The Board of Managers of the Legacy Club Condo Assoc. c/o Kim Novi**<br>**19 S. LaSalle Street, Suite 800**<br>**Chicago, IL 60603** | X | H | | **Creditor of A. Ferris & Co.** | | | X | **Unknown** |
| Account No.<br><br>**The Courts of Liberty Grove**<br>**c/o McMaster Drake, Inc.**<br>**6906 Buckby Rd.**<br>**Lake Geneva, WI 53147** | | | | **Creditor of The Courts of Liberty Grove, LLC** | | | X | **5,942.00** |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,942.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  __Andrew J Ferris_____,     Case No. ___09-14985_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Creditor of Ferris at Emerson Road, LLC | | | | |
| **The Levy Co.** **3925 Commercial Ave** **Northbrook, IL 60062** | | | | | | | | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | Creditor of A. Ferris & Company, Inc. | | | | |
| **US Bank** **Il-Chicago Indirect Lendi** **St. Louis, MO 63179-0179** | | | | | | | | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | Creditor of The Courts of Liberty Grove, LLC | | | | |
| **Village of Libertyville** **200 East Cook Avenue** **Libertyville, IL 60048** | | | | | | | | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | Creditor of A. Ferris & Company, Inc. | | | | |
| **Vingart** **C/O CBM** **925 N. Milwaukee, Suite 200** **Wheeling, IL 60090** | | | | | | | | X | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | Creditor of A. Ferris & Company, Inc. | | | | |
| **Virtuocities Consulting** **2550 Crawford Avenue** **Evanston, IL 60201** | | | | | | | | X | |
| | | | | | | | | | **0.00** |

Sheet no. __13__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Andrew J Ferris** _____,    Case No. ___**09-14985**_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Webster, McGrath & Ahlberg, Ltd**<br>**207 S. Naperville Road**<br>**Wheaton, IL 60187** | | | | **Creditor of Wheaton Development Group, LLC** | | | X | <br><br><br>0.00 |
| Account No.<br><br>**West Chicago Custom Countertops**<br>**375 Fenton Lane**<br>**West Chicago, IL 60185** | | | | **Creditor of Ferris at Emerson Road, LLC** | | | X | <br><br><br>0.00 |
| Account No.<br><br><br> | | | | | | | | |
| Account No.<br><br><br> | | | | | | | | |
| Account No.<br><br><br> | | | | | | | | |

Sheet no. __**14**__ of __**14**__ sheets attached to Schedule of          Subtotal          **0.00**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

                                    Total                25,810,540.60
                                    (Report on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Andrew J Ferris** _____ ,   Case No. ____**09-14985**_____
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Evan & Nancy Chen**<br>**28520 Oakhaven Court**<br>**Lake Bluff, IL 60044** | **Lease for home (rental property) located at 28520 Oakhaven Court, Lake Bluff, IL  60044.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Andrew J Ferris**                                                                          ,     Case No.   **09-14985**
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **A. Ferris & Company**<br>**628 Anthony Trail**<br>**Northbrook, IL 60062** | **The Board of Managers of the Legacy**<br>**Club Condo Assoc. c/o Kim Novi**<br>**19 S. LaSalle Street, Suite 800**<br>**Chicago, IL 60603** |
| **Ferris at Emerson Road, LLC**<br>**624 Anthony Trail**<br>**Northbrook, IL 60062** | **Northbrook Bank and Trust Company**<br>**100 Waukegan Rd.**<br>**Northbrook, IL 60062** |
| **The Courts of Liberty Grove LLC**<br>**624 Anthony Trail**<br>**Northbrook, IL 60062** | **First American Bank**<br>**16450 Louis Ave.**<br>**Elk Grove Village, IL 60007** |
| **Wheaton Development Group LLC**<br>**624 Anthony Trail**<br>**Northbrook, IL 60062** | **Partnership Concepts**<br>**201 E. Ogden Ave.**<br>**Hinsdale, IL 60521** |
| **Wheaton Development Group LLC**<br>**624 Anthony Trail**<br>**Northbrook, IL 60062** | **Harris Bank**<br>**111 W. Monroe**<br>**Chicago, IL 60603** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Andrew J Ferris**                                      Case No. **09-14985**
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Son** | AGE(S):<br>**11**<br>**13**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Developer** | **Interior Designer** |
| Name of Employer | **A. Ferris & Company** | **Susan Ferris Interiors** |
| How long employed | **14 years** | |
| Address of Employer | **628 Anthony Trail**<br>**Northbrook, IL 60062** | **253 E. Vine**<br>**Lake Forest, IL 60045** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 3,000.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 3,000.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,000.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 3,000.00 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Andrew J Ferris**                                                      Case No.    **09-14985**
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 17,569.00 |
| a. Are real estate taxes included?      Yes **X \***      No ___ | | |
| b. Is property insurance included?      Yes ___      No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 800.00 |
|       b. Water and sewer | $ | 120.00 |
|       c. Telephone | $ | 100.00 |
|       d. Other  **cable** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 850.00 |
| 4. Food | $ | 3,200.00 |
| 5. Clothing | $ | 800.00 |
| 6. Laundry and dry cleaning | $ | 300.00 |
| 7. Medical and dental expenses | $ | 1,200.00 |
| 8. Transportation (not including car payments) | $ | 800.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|       a. Homeowner's or renter's | $ | 666.00 |
|       b. Life | $ | 425.00 |
|       c. Health | $ | 0.00 |
|       d. Auto | $ | 0.00 |
|       e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|       a. Auto | $ | 0.00 |
|       b. Other | $ | 0.00 |
|       c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|       Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 27,080.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 3,000.00 |
| b.    Average monthly expenses from Line 18 above | $ | 27,080.00 |
| c.    Monthly net income (a. minus b.) | $ | -24,080.00 |

\* Real estate taxes for 253 E. Vine are included in the mortgage payment.  Real estate taxes for 28520 Oakhaven Court are paid by Debtor.

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Andrew J Ferris**                                                 Case No.   **09-14985**
                                               Debtor(s)          Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 12, 2009**                          Signature   **/s/ Andrew J Ferris**
                                                            **Andrew J Ferris**
                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Andrew J Ferris__ _____   Case No.   __09-14985__
                                       Debtor(s)        Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$40,384.62** | **2009 YTD: Salary from A. Ferris & Company** |
| **$175,000.00** | **2008: Salary from A. Ferris & Company** |
| **$175,000.00** | **2007: Salary from A. Ferris & Company** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,000.00** | **2009 YTD: Rental Income** |
| **$36,000.00** | **2008: Rental Income** |
| **$15,000.00** | **2007: Rental Income (partial year)** |
| **$130,000.00** | **2008:  Cash disbursement from Ferris 1994 Special Trust** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Citi Card**<br>**PO Box 6400**<br>**The Lakes, NV 88901** | **2/13/2009** | **$16,754.61** | **$0.00** |
| **Merit Club**<br>**1500 Merit Club Lane**<br>**Libertyville, IL 60048** | **2/27/2009** | **$9,500.00** | **$0.00** |
| **Citi Card**<br>**PO Box 6400**<br>**The Lakes, NV 88901** | **3/18/2009** | **$8,183.14** | **$0.00** |
| **Allegiance Community Bank**<br>**8001 West 183rd St.**<br>**Tinley Park, IL 60477** | **3/20/09** | **$1,191.00** | **$0.00** |
| **DJ McCullough**<br>**c/o Beth McCullough**<br>**600 52nd St., Suite 100**<br>**Kenosha, WI 53140** | **3/4/09** | **$10,000.00** | **$0.00** |
| **Citi Card**<br>**PO Box 6400**<br>**The Lakes, NV 88901** | **4/27/09** | **$12,457.68** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Allegiance Community Bank** **8001 West 183rd St.** **Tinley Park, IL 60477** | **4/14/09** | **$8,000.00** | **$0.00** |
| **Citi Card** **PO Box 6400** **The Lakes, NV 88901** | **3/17/09** | **$12,990.08** | **$0.00** |

None
☐   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Ridge Partners** **1436 Ridge R.** **Northbrook, IL 60062** **   Ridge Partner's tax refund received by Debtor in error and remitted to Ridge Partners** | **12/12/2008** | **$36,079.00** | **$0.00** |
| **Wheaton Development Group LLC** **624 Anthony Trail** **Northbrook, IL 60062** **   Repayment of shareholder loan** | **12/5/2008** | **$18,000.00** | **$0.00** |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **First American Bank v. The Courts of Liberty Grove, L.L.C., The Courts of Liberty Grove Homeowners Association, and Andrew Ferris, 09 CH 182** | **Foreclosure and Enforcement of Guaranty** | **Circuit Court of Lake County, Illinois** | **Pending** |
| **Board of Manager of the Legacy Club Condominium Association v. Ferris at Highland Park L.P., A. Ferris & Company, and Andrew Ferris, 2004 L 009942** | **Breach of Contract** | **Circuit Court of Cook County, Law Division** | **Pending** |
| **Northbrook Bank & Trust Company v. Ferris at Emerson Road, LLC, Andrew Ferris, Ferris Homes, Inc., A. Ferris & Company, The Board of Managers of the Grand Bend at Greenbay Condominiums, Unknown Owners and Non-Record Claimants, 09 CH 15045** | **Foreclosure and Enforcement of Guaranty** | **Circuit Court of Cook County, Chancery Division** | **Pending** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None □   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Bodhi Tree Foundation** | | **1/15/08** | **$200 donation** |
| **Chicago Protective Apparel** | | **6/2/08** | **$150.00 donation** |
| **Montessori School of Lake Forest** | | **1/8/09** | **$5,500.00 donation** |

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

5

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **6/30/08** | **$5,000.00 advance payment retainer** |

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **8/27/08 A. Ferris & Company** | **$1,276.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **9/10/08 A. Ferris & Company** | **$3,268.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **10/15/08 A. Ferris & Company** | **$3,074.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **11/08/08 A. Ferris & Company** | **$522.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **12/04/08 A. Ferris & Company** | **$116.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **1/13/09 A. Ferris & Company** | **$2,349.50** |
| **Hummingbird Credit Counseling & Edu**<br>**3737 Glenwood Avenue**<br>**Suite 100-106**<br>**Raleigh, NC 27612-5515** | **3/15/09** | **$49.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **4/1/09 A. Ferris & Company** | **$5,000.00 advance payment retainer** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **4/22/09** | **$5,260.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **2/25/09 A. Ferris & Company** | **$5,017.50** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **3/11/09 A. Ferris & Company** | **$4,198.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **4/1/09 A. Ferris & Company** | **$5,646.00** |
| **Shaw Gussis**<br>**321 N. Clark Street**<br>**Suite 800**<br>**Chicago, IL 60654** | **4/24/09** | **$2,604.50** |

7

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Mark Ferris**<br>**12613 Pinnacle Loop**<br>**Truckee, CA 96161**<br>     **brother** | **February 23, 2009** | **Property transferred: 1/2 interest in Anbrima Corp; value received:  $21,492.07 cash** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                   NAME USED                                   DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|                         | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
|-------------------------|---------------------|---------|---------------|
| SITE NAME AND ADDRESS   | GOVERNMENTAL UNIT   | NOTICE  | LAW           |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|                         | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
|-------------------------|---------------------|---------|---------------|
| SITE NAME AND ADDRESS   | GOVERNMENTAL UNIT   | NOTICE  | LAW           |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|------------------------|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **A. Ferris & Company** | 36-3962322 | **624 Anthony Trail Northbrook, IL 60062** | **Real estate** | **6/1/1994-present** |
| **Wheaton Development Group LLC** | 32-0166174 | **624 Anthony Trail Northbrook, IL 60062** | **Real Estate** | **12/2/2005-present** |
| **Ferris at Emerson Road, LLC** | 20-44564547 | **624 Anthony Trail Northbrook, IL 60062** | **Real Estate** | **8/9/2005-present** |
| **The Courts of Liberty Grove LLC** | 02-0654844 | **624 Anthony Trail Northbrook, IL 60062** | **Real Estate** | **11/15/2002-present** |
| **Ferris at Highland Park, L.P.** | 36-4257620 | **191 Waukegan Rd Suite 204 Winnetka, IL 60093** | **Real Estate** | **11/10/1998-6/25/2003** |
| **Ferris at Mundelein, LLC** | 20-1969146 | **624 Anthony Trail Northbrook, IL 60062** | **Real Estate** | **12/1/2004-4/17/2008** |
| **Ferris at Glenview, L.P.** | 36-4344098 | **20 N. Wacker Dr. Suite 1520 Chicago, IL 60606** | **Real Estate** | **3/28/2000-7/1/2008** |
| **Anbrima Corp.** | 36-3962462 | **12613 Pinnacle Loop Truckee, CA 96161** | **Holding Company** | **6/20/1994- present** |

None
☐

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|
| **Ferris at Emerson Road, LLC** | **624 Anthony Trail Northbrook, IL 60062** |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

10

### 19. Books, records and financial statements

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                         DATES SERVICES RENDERED

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                    DATES SERVICES RENDERED

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                              ADDRESS

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                         DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                    DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                          DATE OF TERMINATION

11

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                                    DATE AND PURPOSE                        AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                         OR DESCRIPTION AND
                                                                                                          VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May 12, 2009**                                      Signature  **/s/ Andrew J Ferris**
                                                                                     **Andrew J Ferris**
                                                                                     Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Andrew J Ferris**      Case No. **09-14985**
Debtor(s)      Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Allegiance Community Bank** | **Describe Property Securing Debt:**<br>**Primary residence located at 253 E. Vine, Lake Forest, Il ($1.2 million) and rental property located at 28520 Oakhaven Court, Lake Bluff, IL ($500,000)** |

Property will be (check one):
☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **May 12, 2009**      Signature **/s/ Andrew J Ferris**
     **Andrew J Ferris**
     Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Andrew J Ferris**                                    Case No.  **09-14985**

                                        Debtor(s)          Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept payment on hourly basis per retainer $ **unknown**
    agreement................................................................

    Prior to the filing of this statement I have received (Includes $10,000 retainer).............. $ **43,331.50**

    Balance Due                                                            $ **0.00**

2. The source of the compensation paid to me was:

    ☒ Debtor       ☒ Other (specify):       **Debtor and/or A. Ferris & Company**

3. The source of compensation to be paid to me is:

    ☐ Debtor       ☒ Other (specify):       **Application of retainer or Debtor**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, and such additional fees incurred on an hourly basis post-petition pursuant to the retention agreement, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Any post petition services rendered other than those set forth above.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May  12, 2009**                          /s/ Steven B. Towbin
                                          **Steven B. Towbin (#2848546)**
                                          **Shaw Gussis et al**
                                          **321 N. Clark Street**
                                          **Suite 800**
                                          **Chicago, IL 60654**
                                          **312-541-0151  Fax: 312-980-3888**

---