**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 09-14985 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FERRIS, ANDREW J | Date Filed (f) or Converted (c): | 04/27/09 (f) |
| | | 341(a) Meeting Date: | 06/15/09 |
| For Period Ending: | 12/31/11 | Claims Bar Date: | 04/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary residence located at 253 E. Vine, Lake For | 1,200,000.00 | 1,200,000.00 | | 0.00 | 0.00 |
| 2. Rental property located at 28520 Oakhaven Court, L | 500,000.00 | 500,000.00 | | 0.00 | 0.00 |
| 3. Wachovia Securities account no. 8100 $1,807.06 | 903.53 | 903.53 | | 0.00 | 903.53 |
| 4. Wachovia Securities account no. 1842 $13,463.28 | 6,734.14 | 6,734.14 | | 0.00 | 6,734.14 |
| 5. JP Morgan Chase account no. 1730- (1/3 interest) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. Furniture and furnishings at 253 E. Vine, Lake For | 3,087.50 | 3,087.50 | | 0.00 | 0.00 |
| 7. Statue and print located at 253 E. Vine, Lake Fore | 362.50 | 362.50 | | 0.00 | 362.50 |
| 8. Necessary clothing for debtor and dependants locat | 1,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 9. Stainless Steel Breitling Watch Tiffany Gold Watch | 0.00 | Unknown | | 0.00 | Unknown |
| 10. Browning 12 Gauge Over and Under Shotgun with Dama | 1,130.00 | 1,130.00 | | 0.00 | 1,130.00 |
| 11. Term life insurance policy no. 6829317 with Ohio N | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. Term life insurance policy no. 6759220 with Ohio N | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. Term life insurance policy no. 6792199 with Ohio N | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. Wachovia Securities account no. 6252 Andrew Ferris | 2,439.18 | 2,439.18 | | 0.00 | 2,439.18 |
| 15. 100% stock of A. Ferris & Company Wheaton Developm | 0.00 | Unknown | | 0.00 | Unknown |
| 16. Ferris 1994 Special Trust dated 6/29/94 (Spendthri | 0.00 | Unknown | | 0.00 | Unknown |
| 17. Estimated 2008 US tax refund $30,000 | 15,000.00 | 15,000.00 | | 0.00 | 0.00 |
| 18. Estimated 2008 Illinois tax refund $2,000 | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 19. 2003 Lexus LX470, 115,000 miles, located at 253 E. | 17,500.00 | 17,500.00 | | 0.00 | 17,500.00 |
| 20. Note receivable in the amount of $318,000 (estimat | 0.00 | 0.00 | | 0.00 | 20,000.00 |
| 21. Note receivable in the amount of $10,800,000 (esti | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22. TRUST (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 23. TAX REFUND (u) | 0.00 | 17,000.00 | | 18,263.50 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.23 | Unknown |

Gross Value of Remaining Assets

LFORM1

Ver: 16.04e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 09-14985 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | FERRIS, ANDREW J | | | Date Filed (f) or Converted (c): | 04/27/09 (f) |
| | | | | 341(a) Meeting Date: | 06/15/09 |
| | | | | Claims Bar Date: | 04/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,749,156.85 | $1,766,156.85 | | $18,268.73 | $50,069.35 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE ATTEMPTING TO VERIFY VALUE OF CERTAIN ASSETS AND HAS ASKED FOR TURNOVER OF BOOKS AND RECORDS. TRUSTEE HAS OBTAINED TAX REFUND FROM DEBTOR. TRUSTEE IS FILING AN INITIAL REPORT OF ASSETS AND WAITING FOR CLAIM DATE TO EXPIRE. TRUSTEE TO START PREPARING HIS FINAL REPORT

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14985 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FERRIS, ANDREW J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1312 BofA - Money Market Account |
| Taxpayer ID No: | *******4553 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/08/10 | 23 | Andrew A. Ferris | | 1224-003 | 18,267.50 | | 18,267.50 |
| * 06/08/10 | 23 | Andrew A. Ferris | VOID<br>Incorrect amount | 1224-003 | -18,267.50 | | 0.00 |
| 06/08/10 | 23 | Andrew A. Ferris | Tax refund<br>Income tax refund | 1224-000 | 18,263.50 | | 18,263.50 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 18,263.80 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,264.26 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,264.73 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,265.18 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,265.65 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,266.10 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,266.57 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,267.04 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,267.18 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.94 | 18,258.24 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,258.40 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,258.55 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,258.71 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,258.86 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,259.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,259.18 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,259.33 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,259.49 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.26 | 18,236.23 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,236.38 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.48 | 18,213.90 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,214.05 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.46 | 18,191.59 |

Page Subtotals 18,268.73 77.14

LFORM24

Ver: 16.04e

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-14985 -ABG |
| Case Name: | FERRIS, ANDREW J |
| Taxpayer ID No: | *******4553 |
| For Period Ending: | 12/31/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1312  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 18,268.73 | 77.14 | 18,191.59 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 18,268.73 | 77.14 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 18,268.73 | 77.14 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******1312 | 18,268.73 | 77.14 | 18,191.59 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 18,268.73 | 77.14 | 18,191.59 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.04e

LFORM24