UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                     §
                                           §
FERRIS, ANDREW J                           §   Case No. 09-14985
                                           §
                                           §
            Debtor(s)                      §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHEN_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-14985 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | FERRIS, ANDREW J | | | Date Filed (f) or Converted (c): | 04/27/09 (f) |
| | | | | 341(a) Meeting Date: | 06/15/09 |
| For Period Ending: | 10/22/13 | | | Claims Bar Date: | 04/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary residence located at 253 E. Vine, Lake For | 1,200,000.00 | 1,200,000.00 | | 0.00 | 0.00 |
| 2. Rental property located at 28520 Oakhaven Court, L | 500,000.00 | 500,000.00 | | 0.00 | 0.00 |
| 3. Wachovia Securities account no. 8100 $1,807.06 | 903.53 | 903.53 | | 0.00 | 903.53 |
| 4. Wachovia Securities account no. 1842 $13,463.28 | 6,734.14 | 6,734.14 | | 0.00 | 6,734.14 |
| 5. JP Morgan Chase account no. 1730- (1/3 interest) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. Furniture and furnishings at 253 E. Vine, Lake For | 3,087.50 | 3,087.50 | | 0.00 | 0.00 |
| 7. Statue and print located at 253 E. Vine, Lake Fore | 362.50 | 362.50 | | 0.00 | 362.50 |
| 8. Necessary clothing for debtor and dependants locat | 1,000.00 | 1,000.00 | | 0.00 | 0.00 |
| 9. Stainless Steel Breitling Watch Tiffany Gold Watch | 0.00 | Unknown | | 0.00 | Unknown |
| 10. Browning 12 Gauge Over and Under Shotgun with Dama | 1,130.00 | 1,130.00 | | 0.00 | 1,130.00 |
| 11. Term life insurance policy no. 6829317 with Ohio N | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. Term life insurance policy no. 6759220 with Ohio N | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13. Term life insurance policy no. 6792199 with Ohio N | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14. Wachovia Securities account no. 6252 Andrew Ferris | 2,439.18 | 2,439.18 | | 0.00 | 2,439.18 |
| 15. 100% stock of A. Ferris & Company Wheaton Developm | 0.00 | Unknown | | 0.00 | Unknown |
| 16. Ferris 1994 Special Trust dated 6/29/94 (Spendthri | 0.00 | Unknown | | 0.00 | Unknown |
| 17. Estimated 2008 US tax refund $30,000 | 15,000.00 | 15,000.00 | | 0.00 | 0.00 |
| 18. Estimated 2008 Illinois tax refund $2,000 | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 19. 2003 Lexus LX470, 115,000 miles, located at 253 E. | 17,500.00 | 17,500.00 | | 0.00 | 17,500.00 |
| 20. Note receivable in the amount of $318,000 (estimat | 0.00 | 0.00 | | 0.00 | 20,000.00 |
| 21. Note receivable in the amount of $10,800,000 (esti | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22. TRUST (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 23. TAX REFUND (u) | 0.00 | 17,000.00 | | 18,263.50 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.42 | Unknown |

Gross Value of Remaining Assets

Case 09-14985 Doc 95 Filed 10/30/13 Entered 10/30/13 14:02:33 Desc Main
Document Page 4 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

Case No: 09-14985 ABG Judge: A. BENJAMIN GOLDGAR  
Case Name: FERRIS, ANDREW J

Trustee Name: JOSEPH E. COHEN  
Date Filed (f) or Converted (c): 04/27/09 (f)  
341(a) Meeting Date: 06/15/09  
Claims Bar Date: 04/12/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,749,156.85 | $1,766,156.85 | | $18,269.92 | $50,069.35 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE ATTEMPTING TO VERIFY VALUE OF CERTAIN ASSETS AND HAS ASKED FOR TURNOVER OF BOOKS AND RECORDS.  TRUSTEE HAS OBTAINED TAX REFUND FROM DEBTOR.  TRUSTEE IS FILING AN INITIAL REPORT OF ASSETS AND WAITING FOR CLAIM DATE TO EXPIRE.  TRUSTEE TO START PREPARING HIS FINAL REPORT

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 03/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-14985 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FERRIS, ANDREW J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1913 Checking Account |
| Taxpayer ID No: | *******4553 | | |
| For Period Ending: | 10/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 17,997.23 | | 17,997.23 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 17,986.14 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.46 | 17,974.68 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.08 | 17,963.60 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.44 | 17,952.16 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.69 | 17,925.47 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 18.87 | 17,906.60 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.07 | 17,882.53 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.60 | 17,855.93 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.69 | 17,830.24 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 17,997.23 | 166.99 | 17,830.24 |
| Less: Bank Transfers/CD's | 17,997.23 | 0.00 | |
| Subtotal | 0.00 | 166.99 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 166.99 | |

Page Subtotals   17,997.23   166.99

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.03a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-14985 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FERRIS, ANDREW J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1312 BofA - Money Market Account |
| Taxpayer ID No: | *******4553 | | |
| For Period Ending: | 10/22/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/08/10 | 23 | Andrew A. Ferris | | 1224-003 | 18,267.50 | | 18,267.50 |
| * 06/08/10 | 23 | Andrew A. Ferris | VOID<br>Incorrect amount | 1224-003 | -18,267.50 | | 0.00 |
| 06/08/10 | 23 | Andrew A. Ferris | Tax refund<br>Income tax refund | 1224-000 | 18,263.50 | | 18,263.50 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 18,263.80 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.46 | | 18,264.26 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,264.73 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,265.18 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,265.65 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.45 | | 18,266.10 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,266.57 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.47 | | 18,267.04 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,267.18 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.94 | 18,258.24 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,258.40 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,258.55 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,258.71 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,258.86 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,259.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,259.18 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,259.33 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,259.49 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.26 | 18,236.23 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,236.38 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.48 | 18,213.90 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,214.05 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.46 | 18,191.59 |

Page Subtotals    18,268.73    77.14

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 17.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 09-14985 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FERRIS, ANDREW J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1312 BofA - Money Market Account |
| Taxpayer ID No: | *******4553 | | | |
| For Period Ending: | 10/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,191.75 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.86 | 18,167.89 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,168.03 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.59 | 18,146.44 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 15.26 | 18,131.18 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,131.33 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.30 | 18,109.03 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 18,109.18 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.01 | 18,086.17 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.15 | | 18,086.32 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.98 | 18,063.34 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 18,063.48 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.47 | 18,042.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 18,042.17 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.66 | 18,018.51 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 18,018.65 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 21.42 | 17,997.23 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 17,997.23 | 0.00 |

Page Subtotals 1.19 18,192.78

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-14985 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | FERRIS, ANDREW J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1312 BofA - Money Market Account |
| Taxpayer ID No: | *******4553 | | | |
| For Period Ending: | 10/22/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 18,269.92 | 18,269.92 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 17,997.23 | |
| Subtotal | 18,269.92 | 272.69 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 18,269.92 | 272.69 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1913 | 0.00 | 166.99 | 17,830.24 |
| BofA - Money Market Account - ********1312 | 18,269.92 | 272.69 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 18,269.92 | 439.68 | 17,830.24 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.03a

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 22, 2013 |
|---|---|---|---|---|---|---|

Case Number: 09-14985  
Debtor Name: FERRIS, ANDREW J  

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL<br>105 W. Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,086.00 | $3,086.00 |
| 001<br>3410-00 | COOKE & LEWIS, LTD. | Administrative | | $0.00 | $2,240.00 | $2,240.00 |
| 000001<br>070<br>7100-00 | ComEd<br>Attn: Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | Unsecured | | $0.00 | $271.85 | $271.85 |
| 000002<br>070<br>7100-00 | First American Bank<br>c/o Christopher J. Horvay &<br>Mark E Abraham/Gould & Ratner LLP<br>222 N. LaSalle Street, Suite 800<br>Chicago, IL 60601 | Unsecured | | $0.00 | $532,742.75 | $532,742.75 |
| 000003<br>999<br>2820-00 | Illinois Department of Revenue<br>100 W. Randolph<br>Chicago, IL 60601 | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $43.07 | $43.07 |
| | Case Totals: | | | $0.00 | $553,383.67 | $553,383.67 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-14985
Case Name: FERRIS, ANDREW J
Trustee Name: JOSEPH E. COHEN

Balance on hand                                               $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses            $_____
Remaining Balance                                                 $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd<br>Attn: Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | $ | $ | $ |
| 000002 | First American Bank<br>c/o Christopher J. Horvay &<br>Mark E Abraham/Gould & Ratner LLP<br>222 N. LaSalle Street, Suite 800<br>Chicago, IL 60601 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE