# UNITED STATES BANKRUPTCY COURT
## NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FERRIS, ANDREW J | § | Case No. 09-14985 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
### CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 11/22/2013 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FERRIS, ANDREW J § Case No. 09-14985
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $ 18,269.92

and approved disbursements of $ 439.68

leaving a balance on hand of[1] $ 17,830.24

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,576.99 | $ 0.00 | $ 2,576.99 |
| Attorney for Trustee Fees: COHEN & KROL | $ 3,086.00 | $ 0.00 | $ 3,086.00 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ 240.00 | $ 0.00 | $ 240.00 |
| Other: Illinois Department of Revenue | $ 15,000.00 | $ 0.00 | $ 9,927.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 43.07 | $ 43.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 17,830.24

Remaining Balance $ 0.00

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 533,014.60  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd<br>Attn: Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | $ 271.85 | $ 0.00 | $ 0.00 |
| 000002 | First American Bank<br>c/o Christopher J. Horvay &<br>Mark E Abraham/Gould & Ratner LLP<br>222 N. LaSalle Street, Suite 800<br>Chicago, IL 60601 | $ 532,742.75 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $ 0.00

Remaining Balance       $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-14985-ABG
Andrew J Ferris                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: cmendoza1         Page 1 of 3          Date Rcvd: Oct 31, 2013
                               Form ID: pdf006         Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2013.
```
db        #+Andrew J Ferris,   253 East Vine Avenue,   Lake Forest, IL 60045-1934
13921860   +A Ferris & Company,   628 Anthony Trail,   Northbrook, IL 60062-2540
13835101   +Abruzzo Kitchens,   1105 Remington Road,   Schaumburg, IL 60173-4826
13835102   +Alarms Unlimited,   6501 N. Lincoln Ave,   Lincolnwood, IL 60712-3925
13835103    Alexander Tree Care,   3100 Alleghany Road,   Grayslake, IL 60030
13835104   +Allegiance Community Bank,   8001 West 183rd St.,   Tinley Park, IL 60487-9272
13835105   +Alliance Glass & Metal, Inc.,   646 Forestwood Drive,   Romeoville, IL 60446-1378
13835106   +Artistic Flooring & Design, Inc.,   150 Bond Street,   Elk Grove Villa, IL 60007-1219
13835107   +Billie MacArthur,   245 Vine Ave.,   Lake Forest, IL 60045-1934
13835108   +Builders Lighting,   11400 Melrose Ave,   Franklin Park, IL 60131-1325
13921858   +Christopher & Elizabeth Moore,   261 Vine Ave,   Lake Forest, IL 60045-1934
14963032   +Citizens Automobile Finance Inc,   480 Jefferson Blvd,   Warwick, RI 02886-1359
13835109   +Coleman Floor Co.,   1930 N. Thoreau Dr.,   Schaumburg, IL 60173-4181
13835112   +Cook County Treasurer,   PO Box 4468,   Carol Stream, IL 60197-4468
13835115   +DC Interactive Group,   220 DuPage Street,   Elgin, IL 60120-6414
13835114   +David M. Smolin,   Brandwein & Smolin,   20 S. Clark, Suite 410,   Chicago, IL 60603-1836
13835113   +David M. Smolin,   Brandwein & S molin,   20 S. Clark Street, Suite 410,   Chicago, IL 60603-1836
13835116   +Demi & Cooper Advertising,   18 Villa Court,   Elgin, IL 60120-6528
13835117   +Doherty, Giannini & Reitz Inc,   304 N. York Road,   Bensenville, IL 60106-1605
13835119    Edward Hines Lumber Co.,   2nd Avenue & Main Street,   North Chicago, IL 60064
13835120   +Electrical Contractors, Inc.,   1252 Allanson Road,   Mundelein, IL 60060-3808
13835121   +Emerson Place Partnership,   150 Harvester Drive,   Burr Ridge, IL 60527-5968
13835122   +Evan & Nancy Chen,   28520 Oakhaven Court,   Lake Bluff, IL 60044-3001
13835123   +Ewing-Doherty Mechanical, Inc.,   304 North York Road,   Bensenville, IL 60106-1605
13835124    FedEx,   Post Office Box 94515,   Palatine, IL 60094-4515
13835125   +Ferris at Emerson Road, LLC,   624 Anthony Trail,   Northbrook, IL 60062-2540
13835126    First American Bank,   16450 Louis Ave.,   Elk Grove Village, IL 60007
14579879   +First American Bank,   c/o Christopher J. Horvay &,   Mark E Abraham/Gould & Ratner LLP,
             222 N. LaSalle Street, Suite 800,   Chicago, IL 60601-1011
13835127   +Grand Bend HOA,   628 Anthony Trail,   Northbrook, IL 60062-2540
13835128   +Grayhawk Const Co Inc,   Post Office Box 296,   Libertyville, IL 60048-0296
13835129    Gregory A. McCormick,   Garfield & Merel, Ltd.,   223 West Jackson Bovd. #1010,
             Chicago, IL 60606
13835130   +Harris Bank,   111 W. Monroe,   Chicago, IL 60603-4095
13835131   +Harris N.A.,   Post Office Box 2880,   Chicago, IL 60690-2880
13835133    Home Depot Credit Services,   Dept 32-2502383874,   The Lakes, NV 88901-6031
13835137   ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
            (address filed with court:  Illinois Department of Revenue,   100 W. Randolph,
             Bankruptcy Section L-425,   Chicago, IL 60602)
13835139   +ILT Vignocchi,   25865 West Ivanhoe Road,   Wauconda, IL 60084-2366
13835134    Ice Mountain Spring Water,   Processing Center,   Louisville, KY 40285-6680
13835135    Idlewood Electric Sply,   114 Skokie Valley Road,   Highland Park, IL 60035-4495
13835136   +Illinois Department of Employment S,   Bankruptcy Unit,   401 S. State St. 3rd Fl.,
             Chicago, IL 60605-1229
13835142   +Jack Shum,   Lakewood Home Building Solutions,   2700 W. Higgins Rd., Suite 100,
             Hoffman Estates, IL 60169-2006
13835143   +Kevin Walsh Excavating, Inc.,   Post Office Box 832,   Antioch, IL 60002-0832
13835145   +Lakeshore Waste Services LLC,   6132 Oakton St.,   Morton Grove, IL 60053-2718
13835146   +Larson Engineering of Illinois,   1488 Bond Street,   Naperville, IL 60563-6503
13835148   +Liberty Grove LLC,   628 Anthony Trail,   Northbrook, IL 60062-2540
13835149   +Lorusso Cement Contractors Inc,   1092 Carolina Drive-Unit,   West Chicago, IL 60185-5191
13835150   +Lundstrom Insurance,   2205 Point Blvd, #200,   Elgin, IL 60123-7840
13835152   +Margaret Morrison Borcia,   Morrison & Morrison,   32 N. West Street,   Waukegan, IL 60085-8126
13835153   +Micro Tech Systems, Inc.,   3677 Woodhead Drive,   Northbrook, IL 60062-1816
13835154   +Mid-American HVAC Co., Inc.,   2402 Spring Ridge Drive,   Spring Grove, IL 60081-8693
13835155   +Murray, Jensen & Wilson, Ltd.,   101 N. Wacker Drive,   Chicago, IL 60606-1714
13835157   #North Shore Gas,   PO Box A3991,   Chicago, IL 60690-3991
18764226   +Northbrook Bank & Trust Company,   c/o Gregory A. McCormick,   Garfield & Merel, Ltd.,
             180 N. Stetson, Ste. 1300,   Chicago, IL 60601-6818
13835158    Northbrook Bank and Trust Company,   100 Waukegan Rd.,   Northbrook, IL 60062
13835159   +Northbrook Bank/Buffalo Grove,   200 N. Buffalo Grove Road,   Buffalo Grove, IL 60089-1747
13835160   +Northbrook Blueprint,   626 Anthony Trail,   Northbrook, IL 60062-2540
13835161    Northbrook Hardware,   3101 Dundee Road,   Northbrook, IL 60062-2490
13835162   +Partnership Concepts,   201 E. Ogden Ave.,   Hinsdale, IL 60521-3697
13835163   +Petro Fediv,   1910 Midwest Club,   Oak Brook, IL 60523-2525
13835164   #+Plass Appliance & Electronics,   Post Office Box 757,   Bloomingdale, IL 60108-0757
13835165   +Prudential Preferred Properties,   1620 Sherman Ave.,   Evanston, IL 60201-3711
13835166   +Rose Paving Co.,   7300 W 100th Place,   Bridgeview, IL 60455-2414
13835167   +Rostyslaw Sobol,   1910 Midwest Club,   Oak Brook, IL 60523-2525
13835168   +SCE Services, Inc.,   195 Exchange Blvd.,   Glendale Height, IL 60139-2095
13835169   +Syscon Inc,   15 Spinning Wheel Rd,   Hinsdale, IL 60521-7666
13835170   +Syscon, Inc.,   15 Spinning Wheel Drive,   Hinsdale, IL 60521-7666
13921859   +The Board of Managers of the Legacy,   Club Condo Assoc,   c/o Kim Novi,
             19 S LaSalle Street Ste 800,   Chicago, IL 60603-1404
```

```
District/off: 0752-1          User: cmendoza1        Page 2 of 3          Date Rcvd: Oct 31, 2013
                             Form ID: pdf006         Total Noticed: 85
```

```
13835171     +The Board of Managers of the Legacy,   Club Condo Assoc. c/o Knuckles & As,
              48 E. Jefferson Street,   Naperville, IL 60540-4927
13835172     +The Courts of Liberty Grove,   c/o McMaster Drake, Inc.,   6906 Buckby Rd.,
              Lake Geneva, WI 53147-3600
13835173     +The Levy Co.,   3925 Commercial Ave,   Northbrook, IL 60062-1855
14963033    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank NA,   1850 Osborn Ave,   Oshkosh, WI 54902)
13835174      US Bank,   Il-Chicago Indirect Lendi,   St. Louis, MO 63179-0179
13835175     +Village of Libertyville,   200 East Cook Avenue,   Libertyville, IL 60048-2090
13835176      Vingart,   C/O CBM,   925 N. Milwaukee, Suite 200,   Wheeling, IL 60090
13835177     +Virtuocities Consulting,   2550 Crawford Avenue,   Evanston, IL 60201-4900
13835178     +Webster, McGrath & Ahlberg, Ltd,   207 S. Naperville Road,   Wheaton, IL 60187-5421
13835179     +West Chicago Custom Countertops,   375 Fenton Lane,   West Chicago, IL 60185-2693
13835180     +Wheaton Development Group LLC,   624 Anthony Trail,   Northbrook, IL 60062-2540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13835110     +E-mail/Text: legalcollections@comed.com Nov 01 2013 01:14:42      ComEd,
              Attn: Bankruptcy Department,   2100 Swift Drive,   Oak Brook, IL 60523-1559
13835111     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Nov 01 2013 01:14:13      Cook County Treasurer,
              Law Dep't.,   118 North Clark Street,   Chicago, IL 60602-1590
13835118      E-mail/Text: collector@dupageco.org Nov 01 2013 01:13:12      Du Page County Collector,
              Post Office Box 4203,   Carol Stream, IL 60197-4203
13835141      E-mail/Text: cio.bncmail@irs.gov Nov 01 2013 01:12:57      INTERNAL REVENUE SERVICE,
              CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,   PHILADELPHIA, PA 19114
13835140      E-mail/Text: cio.bncmail@irs.gov Nov 01 2013 01:12:57      Internal Revenue Service,
              Mail Stop 5010 CHI,   230 S. Dearborn Street,   Chicago, IL 60604
13835144     +E-mail/Text: sdvorak@lakecountyil.gov Nov 01 2013 01:12:27      Lake County Collector,
              18 N. County St. Room 102,   Waukegan, IL 60085-4361
13835147     +E-mail/Text: jfriedland@lplegal.com Nov 01 2013 01:13:35      Levenfeld Pearlstein, LLC,
              2 North LaSalle St.,   Chicago, IL 60602-3709
13835156      E-mail/Text: bankrup@aglresources.com Nov 01 2013 01:12:28      Nicor Gas,   Post Office Box 416,
              Aurora, IL 60568-0001
                                                                                          TOTAL: 8


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15123276*   ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   100 W. Randolph,
              Chicago, IL  60601)
13835138*   ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,   P.O. Box 19025,
              Springfield, IL 62794)
13835151*    +Lundstrom Insurance,   2205 Point Blvd, #200,   Elgin, IL 60123-7840
14963100*    +The Board of Managers of the Legacy,   Club Condo Assoc c/o Kim Novi,
              19 S LaSalle Street Suite 800,   Chicago, IL 60603-1404
13835132    ##+Heights Glass & Mirror, Inc.,   200 William Street,   Bensenville, IL 60106-3325
                                                                             TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2013                                    Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: cmendoza1          Page 3 of 3          Date Rcvd: Oct 31, 2013
                             Form ID: pdf006          Total Noticed: 85

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2013 at the address(es) listed below:
          Christopher J. Horvay    on behalf of Creditor    First American Bank chorvay@SugarFGH.com,
           mmelickian@sugarfgh.com;chorvay@sugarfgh.com;joconnor@sugarfgh.com;mbrandess@sugarfgh.com;bkdocke
           t@sugarfgh.com
          Daniel M Moulton    on behalf of Creditor Petro  Fediv rachelrock@sbcglobal.net
          Daniel M Moulton    on behalf of Plaintiff Petro  Fediv rachelrock@sbcglobal.net
          Daniel M Moulton    on behalf of Creditor Rostyslaw  Sobol rachelrock@sbcglobal.net
          Daniel M Moulton    on behalf of Plaintiff Rostyslaw  Sobol rachelrock@sbcglobal.net
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.co
           m
          Gordon E. Gouveia    on behalf of Defendant Andrew J Ferris ggouveia@shawfishman.com,
           mwestbrook@shawfishman.com
          Gordon E. Gouveia    on behalf of Defendant Andrew J. Ferris ggouveia@shawfishman.com,
           mwestbrook@shawfishman.com
          Gordon E. Gouveia    on behalf of Debtor Andrew J Ferris ggouveia@shawfishman.com,
           mwestbrook@shawfishman.com
          Gregory A. McCormick    on behalf of Creditor    Northbrook Bank and Trust Company
           mccormick@garfield-merel.com
          Jeffrey C McDaniel    on behalf of Creditor    US BANK jcm@Brookslawfirmpc.com
          Joseph E Cohen    jcohen@cohenandkrol.com,   jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Joseph E Cohen    on behalf of Accountant    Cooke & Lewis, Ltd jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Joseph E Cohen, Tr.    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
          Mark E. Abraham    on behalf of Creditor    First American Bank mabraham@gouldratner.com,
           mhuerta@gouldratner.com
          O Allan  Fridman    on behalf of Plaintiff    THE LEGACY CLUB CONDOMINIUM ASSOCIATION
           allanfridman@gmail.com,   allanfridman@gmail.com
          O Allan  Fridman    on behalf of Creditor    Board of Managers of Legacy Club Condo Assoc
           allanfridman@gmail.com,   allanfridman@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 19