# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                        §
                                              §
FERRIS, ANDREW J                              §        Case No. 09-14985
                                              §
                  Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                             Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue 100 W. Randolph Bankruptcy Section L-425 Chicago, IL 60602 | | | | | |
| | Illinois Dept of Emp. Security Bankruptcy Unit 401 S. State St. 3rd Fl. Chicago, IL 60605 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Lake County Collector 18 N. County St. Room 102 Waukegan, IL 60085 | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abruzzo Kitchens 1105 Remington Road Schaumburg, IL 60173 | | | | | |
| | Alarms Unlimited 6501 N. Lincoln Ave Lincolnwood, IL 60712 | | | | | |
| | Alexander Tree Care 3100 Alleghany Road Grayslake, IL 60030 | | | | | |
| | Alliance Glass & Metal, Inc. 646 Forestwood Drive Romeoville, IL 60446 | | | | | |
| | Artistic Flooring & Design, Inc. 150 Bond Street Elk Grove Villa, IL 60007 | | | | | |
| | Billie MacArthur 245 Vine Ave. Lake Forest, IL 60045 | | | | | |
| | Builders Lighting 11400 Melrose Ave Franklin Park, IL 60131 | | | | | |
| | Christopher & Elizabeth Moore 261 Vine Ave. Lake Forest, IL 60045 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Coleman Floor Co. 1930 N. Thoreau Dr. Schaumburg, IL 60173 | | | | | |
| | ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | ComEd Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Cook County Treasurer Law Dep't. 118 North Clark Street Chicago, IL 60602 | | | | | |
| | DC Interactive Group 220 DuPage Street Elgin, IL 60120 | | | | | |
| | Demi & Cooper Advertising 18 Villa Court Elgin, IL 60120 | | | | | |
| | Demi & Cooper Advertising 18 Villa Court Elgin, IL 60120 | | | | | |
| | Demi & Cooper Advertising 18 Villa Court Elgin, IL 60120 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Doherty, Giannini & Reitz Inc 304 N. York Road Bensenville, IL 60106 | | | | | |
| | Du Page County Collector Post Office Box 4203 Carol Stream, IL 60197-4203 | | | | | |
| | Edward Hines Lumber Co. 2nd Avenue & Main Street North Chicago, IL 60064 | | | | | |
| | Electrical Contractors, Inc. 1252 Allanson Road Mundelein, IL 60060 | | | | | |
| | Emerson Place Partnership 150 Harvester Drive Burr Ridge, IL 60527 | | | | | |
| | Ewing-Doherty Mechanical, Inc. 304 North York Road Bensenville, IL 60106 | | | | | |
| | FedEx Post Office Box 94515 Palatine, IL 60094-4515 | | | | | |
| | First American Bank 16450 Louis Ave. Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grand Bend HOA 628 Anthony Trail Northbrook, IL 60062 | | | | | |
| | Grand Bend HOA 628 Anthony Trail Northbrook, IL 60062 | | | | | |
| | Grayhawk Const Co Inc Post Office Box 296 Libertyville, IL 60048 | | | | | |
| | Harris Bank 111 W. Monroe Chicago, IL 60603 | | | | | |
| | Harris N.A. Post Office Box 2880 Chicago, IL 60690 | | | | | |
| | Heights Glass & Mirror, Inc. 200 William Street Bensenville, IL 60106 | | | | | |
| | Home Depot Credit Services Dept 32-2502383874 The Lakes, NV 88901-6031 | | | | | |
| | ILT Vignocchi 25865 West Ivanhoe Road Wauconda, IL 60084 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ice Mountain Spring Water Processing Center Louisville, KY 40285-6680 | | | | | |
| | Idlewood Electric Sply 114 Skokie Valley Road Highland Park, IL 60035-4495 | | | | | |
| | Jack Shum Lakewood Home Building Solutions 2700 W. Higgins Rd., Suite 100 Hoffman Estates, IL 60169 | | | | | |
| | Kevin Walsh Excavating, Inc. Post Office Box 832 Antioch, IL 60002 | | | | | |
| | Kevin Walsh Excavating, Inc. Post Office Box 832 Antioch, IL 60002 | | | | | |
| | Lakeshore Waste Services LLC 4808 West Wilson Avenue Chicago, IL 60630 | | | | | |
| | Larson Engineering of Illinois 1488 Bond Street Naperville, IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Levenfeld Pearlstein, LLC 2 North LaSalle St. Chicago, IL 60602 | | | | | |
| | Levenfeld Pearlstein, LLC 2 North LaSalle St. Chicago, IL 60602 | | | | | |
| | Lorusso Cement Contractors Inc 1092 Carolina Drive-Unit West Chicago, IL 60185 | | | | | |
| | Lundstrom Insurance 645 Tollgate Road Elgin, IL 60123 | | | | | |
| | Lundstrom Insurance 645 Tollgate Road Elgin, IL 60121 | | | | | |
| | Micro Tech Systems, Inc. 3677 Woodhead Drive Northbrook, IL 60062 | | | | | |
| | Mid-American HVAC Co., Inc. 2402 Spring Ridge Drive Spring Grove, IL 60081 | | | | | |
| | Murray, Jensen & Wilson, Ltd. 101 N. Wacker Drive Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Post Office Box 416 Aurora, IL 60568-0001 | | | | | |
| | North Shore Gas PO Box A3991 Chicago, IL 60690-3991 | | | | | |
| | Northbrook Bank and Trust Company 100 Waukegan Rd. Northbrook, IL 60062 | | | | | |
| | Northbrook Bank/Buffalo Grove 200 N. Buffalo Grove Road Buffalo Grove, IL 60089 | | | | | |
| | Northbrook Blueprint 626 Anthony Trail Northbrook, IL 60062 | | | | | |
| | Northbrook Hardware 3101 Dundee Road Northbrook, IL 60062-2490 | | | | | |
| | Partnership Concepts 201 E. Ogden Ave. Hinsdale, IL 60521 | | | | | |
| | Petro Fediv 1910 Midwest Club Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Plass Appliance & Electronics Post Office Box 757 Bloomingdale, IL 60108 | | | | | |
| | Prudential Preferred Properties 1600 Orrington Avenue Evanston, IL 60201 | | | | | |
| | Rose Paving Co. 7300 W 100th Place Bridgeview, IL 60455 | | | | | |
| | Rostyslaw Sobol 1910 Midwest Club Oak Brook, IL 60523 | | | | | |
| | SCE Services, Inc. 195 Exchange Blvd. Glendale Height, IL 60139 | | | | | |
| | Syscon Inc 15 Spinning Wheel Rd Hinsdale, IL 60521 | | | | | |
| | Syscon, Inc. 15 Spinning Wheel Drive Hinsdale, IL 60521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Board of Managers of the Legacy Club Condo Assoc. c/o Kim Novi 19 S. LaSalle Street, Suite 800 Chicago, IL 60603 | | | | | |
| | The Courts of Liberty Grove c/o McMaster Drake, Inc. 6906 Buckby Rd. Lake Geneva, WI 53147 | | | | | |
| | The Levy Co. 3925 Commercial Ave Northbrook, IL 60062 | | | | | |
| | US Bank Il-Chicago Indirect Lendi St. Louis, MO 63179-0179 | | | | | |
| | Village of Libertyville 200 East Cook Avenue Libertyville, IL 60048 | | | | | |
| | Vingart C/O CBM 925 N. Milwaukee, Suite 200 Wheeling, IL 60090 | | | | | |
| | Virtuocities Consulting 2550 Crawford Avenue Evanston, IL 60201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Webster, McGrath & Ahlberg, Ltd 207 S. Naperville Road Wheaton, IL 60187 | | | | | |
| | West Chicago Custom Countertops 375 Fenton Lane West Chicago, IL 60185 | | | | | |
| 000001 | COMED | | | | | |
| 000002 | FIRST AMERICAN BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 09-14985 | ABG | Judge: A. BENJAMIN GOLDGAR |
| --- | --- | --- | --- |
| Case Name: | FERRIS, ANDREW J | | |

For Period Ending: 02/13/14

| Trustee Name: | JOSEPH E. COHEN |
| --- | --- |
| Date Filed (f) or Converted (c): | 04/27/09 (f) |
| 341(a) Meeting Date: | 06/15/09 |
| Claims Bar Date: | 04/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary residence located at 253 E. Vine, Lake For | 1,200,000.00 | 1,200,000.00 | | 0.00 | FA |
| 2. Rental property located at 28520 Oakhaven Court, L | 500,000.00 | 500,000.00 | | 0.00 | FA |
| 3. Wachovia Securities account no. 8100 $1,807.06 | 903.53 | 903.53 | | 0.00 | FA |
| 4. Wachovia Securities account no. 1842 $13,463.28 | 6,734.14 | 6,734.14 | | 0.00 | FA |
| 5. JP Morgan Chase account no. 1730- (1/3 interest) | 0.00 | 0.00 | | 0.00 | FA |
| 6. Furniture and furnishings at 253 E. Vine, Lake For | 3,087.50 | 3,087.50 | | 0.00 | FA |
| 7. Statue and print located at 253 E. Vine, Lake Fore | 362.50 | 362.50 | | 0.00 | FA |
| 8. Necessary clothing for debtor and dependants locat | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. Stainless Steel Breitling Watch Tiffany Gold Watch | 0.00 | Unknown | | 0.00 | Unknown |
| 10. Browning 12 Gauge Over and Under Shotgun with Dama | 1,130.00 | 1,130.00 | | 0.00 | FA |
| 11. Term life insurance policy no. 6829317 with Ohio N | 0.00 | 0.00 | | 0.00 | FA |
| 12. Term life insurance policy no. 6759220 with Ohio N | 0.00 | 0.00 | | 0.00 | FA |
| 13. Term life insurance policy no. 6792199 with Ohio N | 0.00 | 0.00 | | 0.00 | FA |
| 14. Wachovia Securities account no. 6252 Andrew Ferris | 2,439.18 | 2,439.18 | | 0.00 | FA |
| 15. 100% stock of A. Ferris & Company Wheaton Developm | 0.00 | Unknown | | 0.00 | Unknown |
| 16. Ferris 1994 Special Trust dated 6/29/94 (Spendthri | 0.00 | Unknown | | 0.00 | Unknown |
| 17. Estimated 2008 US tax refund $30,000 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 18. Estimated 2008 Illinois tax refund $2,000 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 19. 2003 Lexus LX470, 115,000 miles, located at 253 E. | 17,500.00 | 17,500.00 | | 0.00 | FA |
| 20. Note receivable in the amount of $318,000 (estimat | 0.00 | 0.00 | | 0.00 | FA |
| 21. Note receivable in the amount of $10,800,000 (esti | 0.00 | 0.00 | | 0.00 | FA |
| 22. TRUST (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 23. TAX REFUND (u) | 0.00 | 17,000.00 | | 18,263.50 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.42 | FA |

Gross Value of Remaining Assets

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 09-14985 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | FERRIS, ANDREW J | | |

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 04/27/09 (f) |
| 341(a) Meeting Date: | 06/15/09 |
| Claims Bar Date: | 04/12/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | | $1,749,156.85 | $1,766,156.85 | | $18,269.92 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE ATTEMPTING TO VERIFY VALUE OF CERTAIN ASSETS AND HAS ASKED FOR TURNOVER OF BOOKS AND RECORDS.  TRUSTEE HAS OBTAINED TAX REFUND FROM DEBTOR.  TRUSTEE IS FILING AN INITIAL REPORT OF ASSETS AND WAITING FOR CLAIM DATE TO EXPIRE.  TRUSTEE TO START PREPARING HIS FINAL REPORT.  TRUSTEE HAS SUBMITTED HIS FINAL REPORT TO UST FOR REVIEW.  THE FINAL REPORT WAS FILED AND HEARD ON 11/22/13.  ALL FUNDS HAVE CLEARED THE BANK AND THE TRUSTEE WILL PREPARE HIS TDR - January 14, 2014.

Initial Projected Date of Final Report (TFR): 12/31/12       Current Projected Date of Final Report (TFR): 09/30/13

FOR7Req

Page: 1

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14985 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | FERRIS, ANDREW J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1913  Checking Account |
| Taxpayer ID No: | *******4553 | | |
| For Period Ending: | 02/13/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 17,997.23 | | 17,997.23 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.09 | 17,986.14 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.46 | 17,974.68 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.08 | 17,963.60 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.44 | 17,952.16 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.69 | 17,925.47 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 18.87 | 17,906.60 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.07 | 17,882.53 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.60 | 17,855.93 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.69 | 17,830.24 |
| 11/25/13 | 300002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 2,576.99 | 15,253.25 |
| 11/25/13 | 300003 | COHEN & KROL 105 W. Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 2,057.34 | 13,195.91 |
| 11/25/13 | 300004 | COOKE & LEWIS, LTD. | Accountant  for Trustee fees Accountant for Trustee fees     Fees           2,000.00     Expenses          240.00 | 3410-000 3420-000 | | 2,240.00 | 10,955.91 |
| 11/25/13 | 300005 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 1,028.66 | 9,927.25 |
| 11/25/13 | 300006 | Illinois Department of Revenue 100 W. Randolph Chicago, IL 60601 | Claim 000003, Payment 66.18167% | 2820-000 | | 9,927.25 | 0.00 |

| | | | | Page Subtotals | 17,997.23 | 17,997.23 | |

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

FORM 2                                                                                      Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-14985 -ABG | |
| Case Name: | FERRIS, ANDREW J | |
| Taxpayer ID No: | *******4553 | |
| For Period Ending: | 02/13/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1913  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 17,997.23 | 17,997.23 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 17,997.23 | 0.00 | |
| | | | Subtotal | | 0.00 | 17,997.23 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 17,997.23 | |

Page Subtotals                    0.00              0.00

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2    Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-14985 -ABG |
| Case Name: | FERRIS, ANDREW J |
| | |
| Taxpayer ID No: | *******4553 |
| For Period Ending: | 02/13/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1312  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/08/10 | 23 | Andrew A. Ferris | | 1224-003 | 18,267.50 | | 18,267.50 |
| * 06/08/10 | 23 | Andrew A. Ferris | VOID | 1224-003 | -18,267.50 | | 0.00 |
| | | | Incorrect amount | | | | |
| 06/08/10 | 23 | Andrew A. Ferris | Tax refund | 1224-000 | 18,263.50 | | 18,263.50 |
| | | | Income tax refund | | | | |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 18,263.80 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.46 | | 18,264.26 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,264.73 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 18,265.18 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,265.65 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.45 | | 18,266.10 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,266.57 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.47 | | 18,267.04 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,267.18 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 8.94 | 18,258.24 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,258.40 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,258.55 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,258.71 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,258.86 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,259.02 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,259.18 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,259.33 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,259.49 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.26 | 18,236.23 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,236.38 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.48 | 18,213.90 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,214.05 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.46 | 18,191.59 |

| | Page Subtotals | 18,268.73 | 77.14 |
|---|---|---|---|

Ver: 17.05

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-14985 -ABG | |
| Case Name: | FERRIS, ANDREW J | |
| | | |
| Taxpayer ID No: | *******4553 | |
| For Period Ending: | 02/13/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******1312  BofA - Money Market Account | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,191.75 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.86 | 18,167.89 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,168.03 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.59 | 18,146.44 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 15.26 | 18,131.18 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,131.33 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.30 | 18,109.03 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.15 | | 18,109.18 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.01 | 18,086.17 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.15 | | 18,086.32 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 22.98 | 18,063.34 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,063.48 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.47 | 18,042.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 18,042.17 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 23.66 | 18,018.51 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 18,018.65 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 21.42 | 17,997.23 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 17,997.23 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 1.19 | 18,192.78 |

Ver: 17.05

FORM 2                                                                                      Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14985 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | FERRIS, ANDREW J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1312  BofA - Money Market Account |
| Taxpayer ID No: | *******4553 | | |
| For Period Ending: | 02/13/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 18,269.92 | 18,269.92 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 17,997.23 | |
| | | | Subtotal | | 18,269.92 | 272.69 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,269.92 | 272.69 | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | NET | ACCOUNT |
| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Checking Account - ********1913 | 0.00 | 17,997.23 | 0.00 |
| | BofA - Money Market Account - ********1312 | 18,269.92 | 272.69 | 0.00 |
| | | ------------------------ | ------------------------ | ------------------------ |
| | | 18,269.92 | 18,269.92 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

                                                      Page Subtotals            0.00              0.00

                                                                                              Ver: 17.05

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-14985
Case Name: FERRIS, ANDREW J
Trustee Name: JOSEPH E. COHEN

Balance on hand                                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD. | $ | $ | $ |
| Other: Illinois Department of Revenue | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | ComEd<br>Attn: Bankruptcy Department<br>2100 Swift Drive<br>Oak Brook, IL 60523 | $ | $ | $ |
| 000002 | First American Bank<br>c/o Christopher J. Horvay &<br>Mark E Abraham/Gould & Ratner LLP<br>222 N. LaSalle Street, Suite 800<br>Chicago, IL 60601 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE